UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIENDI MORGAN, *et al.*, | Case No. 2:21-cv-00747-TLN-JDP (PS) |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ECF No. 3 |
| K. WONG, *et al.*, | ORDER CONSTRUING FILING AS A MOTION FOR EXTENSION OF TIME AND GRANTING THAT MOTION |
| Defendants. | ECF No. 4 |

For good cause shown, ECF No. 4, the court's order to show cause, ECF No. 3, is discharged. Plaintiff Morgan has also requested an extension of time to file an amended complaint. Plaintiff's filing, ECF No. 4, is construed as a motion and granted. Plaintiff will have thirty days from the date of entry of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   January 3, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE